December 8, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

STEPHEN FONTENOT, Appellant

NO. 14-10-01232-CV                   V.

TIFFANY STINSON, Appellee

_____

This court today heard a motion for rehearing filed by appellee, Tiffany Stinson. We order that the motion be overruled, and that this court's former judgment of August, 25, 2011, be vacated, set aside, and annulled. We further order this court's opinion of August 25, 2011, withdrawn.

This cause, an appeal from the judgment in favor of appellee, Tiffany Stinson, signed November 19, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Tiffany Stinson take nothing.

We order appellee, Tiffany Stinson, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.